William M. Fischbach (SBN 019769)

**TB TIFFANY & BOSCO**
P.A.
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
(602) 255-6000
FACSIMILE: (602) 255-0103
EMAIL: wmf@tblaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jon Hyde and Michelle Hyde, Individually, *Plaintiffs*, V. City Of Wilcox, Arizona, Cochise County, Raymond Robinson, Individually, Brian Pralgo, Badge #6339 Individually, S. Bohlender, Badge #1757, Individually, S. Gijanto, Individually, D. Noland, Individually, Jordan Faulkner, Individually, M. Callahan-English, Individually, J. Valle A.K.A. J. Villa (#152), Individually, Mark Dannels Individually and as Cochise County Sheriff, and Dale Hadfield, Individually and as the Director Of Public Safety For The City Of Wilcox, § *Defendants.* | Case No. 4:20-cv-00100-JGZ-PSOT |

## ACCEPTANCE OF SERVICE

The undersigned, James M. Jellison of Jellison Law Offices, PLLC, being the attorney for all named defendants (hereinafter, collectively, "Defendants") in the above-captioned matter as follows:

City Of Wilcox, Arizona, Cochise County, Raymond Robinson, Individually, Brian Pralgo, Badge #6339, Individually, S. Bohlender, Badge #1757, Individually, S. Gijanto, Individually, D. Noland, Individually, Jordan Faulkner, Individually, M. Callahan-English, Individually, J. Valle A.K.A. J. Villa (#152), Individually, Mark Dannels, Individually and as Cochise County Sheriff, and Dale Hadfield, Individually and as the Director Of Public Safety For The City Of Wilcox,

hereby accepts service of Plaintiffs' Complaint ("Complaint") [Doc. 1], Notice of Assignment [Doc. 3] and Notice to the Parties [Doc. 4] in the above-captioned matter, as if Defendants had been served personally with same pursuant to Rule 4, Federal Rules of Civil Procedure, on this 30th day of April, 2020.

Defendants must serve an answer or a motion under Rule 12 within 60 days from April 30, 2020.

DATED this 30th day of April, 2020.

**JELLISON LAW OFFICES, PLLC**

By: _____
James M. Jellison
36889 North Tom Darlington Drive
Suite B7
Carefree, Arizona 85377-2800
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April , 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF registrants:

James M. Jellison
**JELLISON LAW OFFICES, PLLC**
36889 North Tom Darlington Drive
Suite B7, Box 2800, #304
Carefree, Arizona 85377-2800
*Attorneys for Defendants*

By: /s/Kim Lehman